IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORLANDO ALEJANDRO-ORTIZ,<br><br>Plaintiffs,<br><br>v.<br><br>P.R. ELEC. POWER AUTH.,<br><br>Defendant. | CIV. NO.: 10-1320(SCC) |

**ORDER**

Plaintiffs brought this claim under Article 1802 of the Puerto Rico Civil Code, alleging that Defendant Puerto Rico Electric Power Authority's negligence resulted in their damages. After hearing all of the evidence, the jury assessed Plaintiffs' individual damages as follows:

1. Plaintiff Orlando Alejandro-Ortiz: $ 2,250,000;
2. Plaintiff Sonia Rodriguez-Jimenez: $ 950,000;
3. Minor Plaintiff Jan Anthony: $ 325,000; and
4. Minor Plaintiff Bryan: $ 325,000.

ALEJANDRO-ORTIZ v. PREPA                                           Page 2

The jury found that Defendant PREPA bore 90% of the responsibility for these damages, while Plaintiff Alejandro-Ortiz bore 10%. Accordingly, we reduce each Co-Plaintiff's damages by ten percent, leaving Defendant PREPA responsible for the following amounts:

1. Plaintiff Orlando Alejandro-Ortiz: $ 2,025,000;
2. Plaintiff Sonia Rodriguez-Jimenez: $ 855,000;
3. Minor Plaintiff Jan Anthony: $ 292,500; and
4. Minor Plaintiff Bryan: $ 292,500.

Judgment will be entered accordingly.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of June, 2012.

S/ SILVIA CARREÑO-COLL

UNITED STATES MAGISTRATE JUDGE