UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORLANDO ALEJANDRO-ORTIZ, ET AL<br><br>Plaintiffs<br><br>vs.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Defendant | CIVIL NO. 10-1320 (SCC) |

NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that Defendant PREPA herby appeals from the Amended Final Judgment entered in the above-entitled action on November 8, 2012.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of November, 2012.

/s/ ADRIAN MOLL
Attorney for the appellant
USDC PR # 230011
555 Alverio St.
San Juan, P.R. 00918
Tel: (787) 758-2584
Fax: (787) 758-7938
adrianmoll@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on this same date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which electronically mails notice to the attorneys of record.

/s/ADRIAN MOLL
Attorney for the appellant