**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **ORLANDO ALEJANDRO-ORTIZ, ET AL** <br><br> Plaintiffs <br><br> vs. <br><br> **PUERTO RICO ELECTRIC POWER AUTHORITY** <br><br> Defendant | **CIVIL NO. 10-1320 (SCC)** |

**AMENDED NOTICE OF APPEAL**

Notice is herby given that Defendant, Puerto Rico Electric Power Authority (PREPA) herby appeals to the United States Court of Appeals for the First Circuit from: the **Order** denying PREPA's Rule 50(a) Motion, Docket No. 310, entered in the above-entitled action on the 19th day of June 2012; from the **Opinion and Order** denying PREPA's Rule 50(b) and Rule 59 Motion, and denying in part PREPA's Rule 60 Motion, Docket No. 366; and from the **Amended Final Judgment**, Docket No. 367, entered in the above-entitled action on the 8th day of November 2012.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 20th day of November 2012.

*/s/* Adrian Moll-Lugo
Attorney for the appellant
USDC PR # 230011
PO Box 16361
San Juan, PR 00908-6361
Tel: (787) 758-2584
Fax: (787) 993-5555
adrianmoll@gmail.com

I hereby certify that on this same date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which electronically mails notice to the attorneys of record.

*/s/*Adrian Moll-Lugo
Attorney for the appellant
