IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORLANDO ALEJANDRO ORTIZ, ET AL, <br><br> PLAINTIFFS <br><br> vs. <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY., ET AL, <br><br> DEFENDANTS | CIVIL NO. 10-1320 (SCC) |

NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that Movant, the Law Offices of David Efron, P.C, notifies this Honorable Court that they appeal to the United States Court of Appeals for the First Circuit, the Opinion and Order [Doc. No. 444] of this Honorable Court entered in the above captioned case on October 23, 2013.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 22nd day of November, 2013.

I HEREBY CERTIFY that on this same date a true and exact copy of this document was electronically filed with the Clerk of Court using the CM/ECF system to all attorneys of record.

<u>s / David Efron</u>
David Efron
USDC-PR 125701
efron@davidefronlaw.com
LAW OFFICES OF DAVID EFRON, P.C.
Attorneys for Movant
PO Box 29314
San Juan, PR 00929-0314
Tel. (787) 753-6455
Fax (787) 758-5515