# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** December 20, 2013

**DC #:** 10-1320 (SCC)
**Related USCA Case #:** 12-2450

**APPEAL FEE PAID:** YES __X__ NO ____

**CASE CAPTION:** Orlando Alejandro-Ortiz v. Puerto Rico Electric Power Authority

**IN FORMA PAUPERIS:** YES ____ NO __X__

**MOTIONS PENDING:** YES __X__ NO ____

**NOTICE OF APPEAL FILED BY:** Movant: David Efron, Esq.

**APPEAL FROM:** Opinion & Order entered on 10/2313

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                    **VOLUMES:**

**Docket Entries 444, 467 & 469**                                                          I

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk