# United States Court of Appeals
## For the First Circuit

No. 12-2450

ORLANDO ALEJANDRO-ORTIZ and SONIA RODRÍGUEZ-JIMÉNEZ;
J.A.A.R., minor represented by Orlando Alejandro-Ortiz and
Sonia Rodríguez-Jiménez, parents; B.A.R., minor represented by
Orlando Alejandro-Ortiz and Sonia Rodríguez-Jiménez, parents,

Plaintiffs, Appellees,

v.

PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),

Defendant, Appellant,

AMERICAN INTERNATIONAL INSURANCE COMPANY OF PUERTO RICO,

Defendant.

**JUDGMENT**

Entered:  June 20, 2014

      This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of  Puerto Rico.

      Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed in part and vacated in part, and the matter is remanded to the district court for entry of judgment consistent with the opinion issued this day.  Each party will bear their own costs.

                                            By the Court:
                                            /s/ Margaret Carter, Clerk

cc: Hon. Silvia L. Carreño-Coll, Frances de Moran, Clerk, United States District Court for the District of Puerto Rico, Mr. Efron, Mr. Fullmer, Ms. Gonzales Varon, Mr. Iguina-Oharriz, Ms. Lopez de Victoria, Ms. Marques, Mr. Matthews & Mr. Moll-Lugo.