# United States Court of Appeals
## For the First Circuit

No. 12-2450

ORLANDO ALEJANDRO-ORTIZ; SONIA RODRIGUEZ-JIMENEZ; J. A. A. R., minor represented by Orlando Alejandro-Ortiz and Sonia Rodriguez-Jimenez, parents; B. A. R., minor represented by Orlando Alejandro-Ortiz and Sonia Rodriguez-Jimenez, parents

Plaintiffs - Appellees

v.

PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA)

Defendant - Appellant

AMERICAN INTERNATIONAL INSURANCE COMPANY OF PUERTO RICO, INC.

Defendant

**MANDATE**

Entered: July 14, 2014

In accordance with the judgment of June 20, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David Efron
Toby B. Fullmer
Joanne V. Gonzales Varon
Carlos R. Iguina-Oharriz
Jeannette Lopez de Victoria
Lucille M. Marques
William Douglas Matthews
Adrian R. Moll-Lugo