# United States Court of Appeals
## For the First Circuit

———————————

No. 14–1001

LAW OFFICES OF DAVID EFRON,

Appellant,

v.

MATTHEWS & FULLMER LAW FIRM; CARLOS R. IGUINA-OHARRIZ; HATUEY A. INFANTE-CASTELLANOS,

Appellees.

———————————

**JUDGMENT**

Entered: April 1, 2015

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's October 23, 2013 order is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc: Mr. Efron, Mr. Fullmer, Ms. Varon, Mr. Iguina-Oharriz, Mr. Ifantane-Castellanos, Ms. Lopez de Victoria, Mr. Matthews, & Mr. Moll-Lugo.